4 F.2d 1018 (1925)
FRANKLIN KNITTING MILLS, Inc., Plaintiff-Appellant,
v.
FASHIONIT SWEATER MILLS, Inc., Defendant-Appellee.
No. 130.
Circuit Court of Appeals, Second Circuit.
January 5, 1925.
Harold R. Lhowe, of New York City (Edward M. Evarts, of New York City, of counsel), for appellant.
Abraham J. Halprin, of New York City (William E. Warland, of New York City, of counsel), for appellee.
Before ROGERS, HOUGH, and MANTON, Circuit Judges.
PER CURIAM.
Decree (297 F. 247) affirmed.